IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARIA FATIMA RESENDE                                                                    PLAINTIFF

v.                    CASE NO.: **3:10CV00313-JLH**

CHICK-FIL-A, INC. and MICHAEL FULLINGTON,
INDIVIDUALLY AND IN HIS CAPACITY AS FRANCHISE
OPERATOR OF CHICK-FIL-A AT TURTLE CREEK                                DEFENDANTS

## AFFIDAVIT OF SERVICE

I, Rebecca Wosham, first being sworn under oath state as follows:

I am the attorney for the plaintiff, Maria Fatima Resende. On December 14, 2010, I caused to be mailed a Summons and Complaint in this matter to defendant, Chick-Fil-A, Inc., c/o Corporation Service Company, by certified mail, return receipt requested.

I received the signed receipt back from defendant and the receipt is attached to this affidavit as Exhibit "A", which indicates it was received on December 17, 2010.

**MIXON LAW FIRM**
Attorneys for Plaintiff
P. O. Box 1442
Jonesboro, AR 72403-1442
Phone: (501) 935-8600

by _____
Rebecca Worsham 2009260

Subscribed and sworn to before me this December 21, 2010.

_____
Notary Public

My commission expires: 7/1/2012

OFFICIAL SEAL
SHIRLEY PARK
NOTARY PUBLIC-ARKANSAS
CRAIGHEAD COUNTY
MY COMMISSION EXPIRES: 07-01-12