| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): TANIA MALTBY   C. Date of Delivery: 12/17/10<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>   If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Chick-Fil-A, Inc.<br>C/o Corporation Service Company<br>124 W. Capitol Ave., Suite 1900<br>Little Rock, AR 72201 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0001 8261 8156 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |