IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARIA FATIMA RESENDE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 3:10-CV-00313-JLH |
| CHICK-FIL-A, INC., and MICHAEL FULLINGTON, INDIVIDUALLY AND IN HIS CAPACITY AS FRANCHISE OPERATOR OF CHICK-FIL-A AT TURTLE CREEK | ) ) ) ) ) | |
| | ) | |
| Defendants | ) | |

**CONSENT ORDER TO EXTEND TIME WITHIN WHICH
DEFENDANT CHICK-FIL-A, INC. MAY ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

It appearing to this Court that Defendant Chick-fil-A, Inc.'s Answer or other response to the Complaint is due on or about January 7, 2011, and Defendant Chick-fil-A, Inc. seeks an extension of time within which to answer or otherwise respond to the Complaint up to January 28, 2011, and that Plaintiff consents thereto:

It is hereby ORDERED that the period in which Defendant Chick-fil-A, Inc. may answer or otherwise respond to the Complaint is extended up to January 28, 2011.

SO ORDERED this 3rd day of January, 2011.

JAMES W. McCORMACK, CLERK

By      /s/ Tammy Downs_____
Deputy Clerk

Approved by and Consented to:

/s/ Seth T. Ford
AR Bar Number 97159
Attorney for Defendant Chick Fil-A, Inc.
TROUTMAN SANDERS LLP
5200 NationsBank Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
(404) 885-3000
seth.ford@troutmansanders.com


/s/ Rebecca Worsham
AR Bar Number 2009260
Attorney for Plaintiff, Maria Fatima Resende
MIXON LAW FIRM
P.O. Box 1442
Jonesboro, Arkansas 72403
(870) 935-8600
rworsham@mixonlawfirm.com