**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MARIA FATIMA RESENDE                                                          PLAINTIFF

v.                                          No. 3:10CV00313 JLH

MICHAEL FULLINGTON, individually,
and in his capacity as Franchise Operator of
Chick-Fil-A at Turtle Creek                                                  DEFENDANT

## ORDER

Having been notified that a settlement has been reached in this matter, the Court finds that

this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against

defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the

action if it is satisfactorily shown that settlement has not been completed and further litigation is

necessary.

IT IS SO ORDERED this 23rd day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE